UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br> Plaintiff                                             ) <br>                                                          ) <br> vs.                                                    ) <br>                                                          ) <br> GOMEZ-URBE, ET AL                    ) <br>                                                          ) <br> Defendant(s)                                    ) | CRIMINAL NO. 07MJ2628 CAB <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

SAUL HERNANDEZ - PALOS

DATED: 11/14/2007

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____             OR
               DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk