UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07MJ2628-CAB |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| ALVARO GOMEZ-ORBE, ET AL. | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

OSCAR GAMBOA-GARCIA

DATED: 11/15/07

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by p. DELACRUZ
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082