UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff )<br> )<br>vs. )<br> )<br>Alvaro Gomez-Orbe, et al. )<br>   Defendant(s) ) | CRIMINAL NO. 07mj2628<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06526298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Gerardo Carbajal-Tabarez
# 06526298

DATED: 11-27-07

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Neuman
         Deputy Clerk